| Official Form 1 (10/06) | UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS | **Voluntary Petition** |
|---|---|---|

| Name of debtor (if individual, enter Last, First, Middle): RAMIREZ, MICHAEL | Name of Joint Debtor (Spouse)(Last, First, Middle) N/A, |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): N/A | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): N/A |
| Last four digits of  Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all): 1425 | Last four digits of  Soc. Sec./Complete EIN or other Tax ID No.. (if more than one, state all): N/A |
| Street Address of Debtor (No. & Street, City, State, & Zip Code) 903 BUCCANEER DRIVE, APT. D GLENVIEW, IL 60026 | Street Address of Joint Debtor (No. & St., City, State & Zip Code) N/A |
| County of Residence or of the Principal Place of Business: COOK | County of Residence or of the Principal Place of Business: N/A |
| Mailing Address of Debtor (if different from street address): N/A | Mailing Address of Joint Debtor (if different from street address): N/A |
| Location of Principal Assets of Business Debtor (if different from street address above): N/A | |

**Type of Debtor**
(Form of Organization)
(Check **one** box)

☒ Individual(s)(Inc. joint debtors
*See Exhibit D on page 2 of this form.*
☐ Corporation (Inc. LLC, LLP)
☐ Partnership
☐ Other: (If the debtor is not one of the above entities, check this box and State type of entity below)

_____

**Nature of Business**
(Check **one** box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
Check box, if applicable
☐ Debtor is a tax-exempt organization under Title 26, U.S.C., Internal Revenue Code

**Chapter or Section of Bankruptcy Code Under Which the Petition is filed** (Check one box)

☒ Chapter 7         ☐ Chapter 15 Petition for Recognition of a Foreign
☐ Chapter 9              Main Proceeding
☐ Chapter 11        ☐ Chapter 15 Petition for Recognition of a Foreign
☐ Chapter 12              Nonmain Proceeding
☐ Chapter 13

**Nature of Debts** (Check one box)

☒ Debts are primarily **Consumer** debts, defined in 11 U.S.C. 101(8) as "incurred by an individual primarily for a personal, family or household purpose"
☐ Debts are primarily **Business** debts.

**Filing Fee** (Check one box)

☒   Full Filing Fee attached
☐   Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(e). See Official Form No. 3A.
☐   Filing Fee waiver requested (Applicable to Chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐   Debtor is a small business as defined in 11 U.S.C. 101
☐   Debtor is Not a small business as defined in 11 U.S.C. 101
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Check if:
☐   Debtor's aggregate noncontingent liquidated debts owed to noninsiders or affiliates are less than $2 million
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Check all applicable boxes:
☐   A plan is being filed with this petition.
☐   Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. 1126(b)

**Statistical/Administrative Information**

☐   Debtor estimates that funds will be available for distribution to unsecured creditors.
☒   Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 49-99 | 100-199 | 200-999 | 1000-5000 | 5001-10000 | 10001-25000 | 25001-50000 | 50001-100000 | OVER 100000 |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to $10,000 | ☒ $10,000 to $100,000 | ☐ $100,000 to $1 million | ☐ $1 million to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☒ $50,000 to $100,000 | ☐ $100,000 to $1 million | ☐ $1 million to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Form Published by: Law Disks, 734 Franklin Avenue, Garden City, NY 11530   www.lawdisks.com

| **Voluntary Petition** | Name of Debtor(s): | **FORM B1**, Page 2 (10/06) |
|---|---|---|
| *(This page must be completed and filed in every case.)* | RAMIREZ, MICHAEL | |

| **All Prior Bankruptcy Cases Filed Within the last 8 Years** (if more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where filed: N/A | Case Number: | Date Filed: |
| Location Where filed: N/A | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>N/A | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if the Debtor is required to file periodic reports (e.g., forms 10K and 10Q with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | *(To be completed if Debtor is an individual whose debts are primarily consumer debts.)*<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter. I further certify that I have delivered to the debtor the notice required by §342 of the Bankruptcy Code. |
| ☐ Exhibit A is attached and made a part of this petition. | X /S/  ERIK S. NEWTON |
| | ERIK S. NEWTON, Attorney for Debtor(s)    Date  1/5/2010 |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D

☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court ] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**

Check all applicable boxes.

☐ Landlord has a judgment against the debtor for possession of the debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

| **Voluntary Petition** | Name of Debtor(s): | **FORM B1**, Page 3  (10/06) |
|---|---|---|
| (This page must be completed and filed in every case.) | RAMIREZ,  MICHAEL | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.  [If the petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter  7  .

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained the read the notice required by § 342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /S/  MICHAEL RAMIREZ
_____
    MICHAEL RAMIREZ, Debtor

X /S/
_____
    N/A, Joint Debtor

_____
    Telephone Number (If not represented by attorney)
05/13/2010
_____
    Date

### Signature of Attorney

X /S/  ERIK S. NEWTON
_____
    Signature of Attorney for Debtor(s)
    Print below: Attorney Name, Code, Firm, Address, Telephone No:
    ERIK S. NEWTON   Bar Number/Code: 6287771
    LUMEN LAW
    500 N. MICHIGAN AVE. SUITE 300
    CHICAGO, IL 60611
    TEL: 312-948-408  -  FAX: 312-962-8823

05/13/2010
_____
    Date
_____

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
_____
    Signature of Authorized Individual

X
_____
    Printed Name of Authorized Individual

X
_____
    Title of Authorized Individual
X _____ Date

### Signature of A Foreign Representative of a Recognized Foreign Proceeding

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition.
(Check only **one** box)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐  Pursuant to §1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign proceeding is attached.

X
_____
    (Signature of Foreign Representative)

_____
    (Printed Name of Foreign Representative)

_____
    (Date)

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110: (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section. Official Form 19B is attached.

_____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer

Social Security number  (If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.) (Required by 11 U.S.C. § 110.)

_____
Address
X_____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

[Publisher's Note: This form is NOT intended to be used by nonattorney bankruptcy-petition preparers: Schedules do not contain all disclosures required for use by nonattorney bankruptcy-petition preparers.]

**Form B1, Exhibit D (10/06)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOISILLINOIS

In re MICHAEL RAMIREZ
      Debtor(s)        Case No:      _____

**EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
CREDIT COUNSELING REQUIREMENT**

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

[X] 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.

[ ] 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.

[ ] 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. [Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.] _____

If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.

4. I am not required to receive a credit counseling briefing because of: [Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]

[ ] Incapacity. (Defined in 11 U.S.C. 109 (h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
[ ]Disability. (Defined in 11 U.S.C. 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
[ ] Active military duty in a military combat zone.

[ ] 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**


Signature of Debtor:   _/S/ MICHAEL RAMIREZ__
Date:                 05/13/2010_____

Form 6 Summary (10/06)

UNITED STATES BANKRUPTCY COURT
NORTHERN NORTHERN DISTRICT OF ILLINOIS ILLINOIS

In re: MICHAEL RAMIREZ,
　　　Debtor(s)

Case No: _____
Chapter ___7_____

**SUMMARY OF SCHEDULES**

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from schedules A, B, C, D, E, F, G, H, I and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11 or 13.

| NAME OF SCHEDULE | ATTACHED | NO. SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A — Real Property | Yes | 1 | 0.00 | | |
| B — Personal Property | Yes | 3 | 10,706.00 | | |
| C — Property Claimed as Exempt | Yes | 1 | | | |
| D — Creditors Holding Secured Claims | Yes | 2 | | 12,500.00 | |
| E — Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F — Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 38,980.64 | |
| G — Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H — Codebtors | Yes | 1 | | | |
| I — Current Income of Individual Debtor(s) | Yes | 1 | | | 1875.00 |
| J — Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 2042.00 |
| Total number of sheets in all Schedules | | | | | |
| Total Assets | | | 10,706.00 | | |
| Total Liabilities | | | | 51,480.64 | |

(10/06)

UNITED STATES BANKRUPTCY COURT
NORTHERN NORTHERN DISTRICT OF ILLINOIS ILLINOIS

In re: MICHAEL RAMIREZ,

      Debtor(s)

Case No: _____

Chapter    ____7_____

### STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. 159)

      If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11 or 13, you must report the information below.

      [ ] Check this box if you are an individual debtor whose debts are NOT primarily consumer debts, and therefore, are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.
Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | 0 |
| Student Loan Obligations (from Schedule F) | 23,605 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0 |
| Obligations to Pension or Profit-sharing, and Other Similar  Obligations (from Schedule F) | 0 |
| TOTAL | 23,605.00 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 1875 |
| Average Expenses (from Schedule J, Line 18) | 2042 |
| Current Monthly Income (from Form 22A Line 12, OR Form 22B, Line 11; OR Form 22C Line 20) | 4700 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 1000.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | 0.00 | |
| 3 Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column. | | 0.00 |
| 4. Total from Schedule F | | 38,980.64 |
| 5. Total of non-priority unsecured debt (sum of 1,3 and 4) | | 39,980.64 |

### SCHEDULE A- REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers excercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H","W","J", or "C" in the third column labeled "Husband, Wife, Joint or Community." if the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases**.

If an entity claims to have a lien or hold a security interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C—Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSB WIFE JOINT COM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| N/A | | | | |
| | | | $0.00 | TOTAL |

### SCHEDULE B— PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C— Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G— Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSB. WIFE JOINT COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTION OF ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | CASH AT HOME/ON PERSON | | $100 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | BANKFINANCIAL JOINT CHECKING ACCOUNT WITH HALA C. TALIA. | | $1500 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | RENTAL UNIT DEPOSIT | | $500 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | FURNITURE, TELEVISION, STEREO. | | $500 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | MISC. USED CLOTHING | | $100 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize, and name each issuer. | | ROLLED OVER ANNUITY WITH AMERICAN NATIONAL INSURANCE COMPANY, NO. 14828211, ONE MOODY PLAZA, GALVESTON, TX 77550 | | $5600 |

| | | | |
|---|---|---|---|
| 11.Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interests. 11 U.S.C. 523(c) Rule 1007(b) | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Itemize. | | ADVOCATE LUTHERAN GENERAL 401K – Vanguard, P.O. Box 1110, Valley Forge, PA 19482 | $1000 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | |
| 14. Interests in partnerships or joint ventures.  Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | |
| 16. Accounts receivable. | X | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | |
| 18. Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | |
| 21. Patents, copyrights, and other intellectual property.  Give particulars. | X | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | |
| 24. Consumer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. 101(41A) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family or household purposes. | X | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1999 LEXUS GS300

2006 NISSAN PATHFINDER | $1500 (EQUITY)

$0 (NO EQUITY IN VEHICLE—SEE |

SCHEDULE D)

| | | | | |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops— growing or harvested. give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |
| | | | Total | $ | **10,706.00** |

Report also on Summary of Schedules.

### SCHEDULE C— PROPERTY CLAIMED AS EXEMPT

Debtor(s) elect(s) the exemption to which the debtor(s) is entitled under:

Check one box:
[ ]  11 U.S.C. §522(b)(2)
[X]  11 U.S.C. §522(b)(3)

[ ] Check if debtor claims a homestead exemption that exceeds $125,000.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---|---|
| 1999 LEXUS GS300 | 735 ILCS 5/121001(c) | $2400 | $1500 (EQUITY) |
| MISC USED CLOTHING | 735 ILCS 5/12-1001(b) | $4000 | $100 |
| CASH HELD BY DEBTOR | 735 ILCS 5/12-1001(b) | $4000 | $100 |
| BANK ACCOUNT | 735 ILCS 5/12-1001(b) | $4000 | $1500 |
| HOUSEHOLD GOODS | 735 ILCS 5/12-1001(b) | $4000 | $500 |
| RENTAL UNIT DEPOSIT | 735 ILCS 5/12-1001(b) | $4000 | $500 |
| 401(K) | 735 ILCS 5/12-1006 | UNLIMITED | $1000 |
| ANNUITY POD TO WIFE | 735 ILCS 5/12 1001(f) | UNLIMITED | $5600 |

## SCHEDULE D— CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and the last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. 112; Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H— Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," in the column labeled "Husband, Wife, Joint or Community" (Abbreviated: H,W,J,C).

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is Disputed, place an "X" in the column labeled Disputed. (You may need to place an X in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, If Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data."

[ ] Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code And Account Number *(See Instructions above)* | C O D E B T O R | H W J C | Date Claim Was Incurred, Nature of Lien, and Description and Value of Property Subject to Lien | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion If Any |
|---|---|---|---|---|---|---|---|---|
| Acct No: 10249019556XXXX NISSAN MOTOR ACCEPTANCE CORPORATION ATTN: BANKRUPTCY P.O. Box 660360 Dallas, TX 75266 | x | | FEBRUARY 2006; AUTO LOAN SECURED BY CAR; 2006 NISSAN PATHFINDER, 43,000 MI, EST. VALUE $10,000 | | | | $11,000.00 | 1000 |
| Acct No: 3000014479011XXXX SANTANDER CONSUMER USA INC. ATTN: BANKRUPTCY P.O. Box 961245 Fort Worth, TX 76161-1245 | | | APRIL 2004; AUTO LOAN SECURED BY CAR; 1999 LEXUS GS300, 93,000 MI, EST. VALUE $3,500 | | | | $1,500.00 | NONE |
| | | | Totals | | | | 12,500.00 | 1000.00 |

- **SCHEDULE E— CREDITORS HOLDING UNSECURED PRIORITY CLAIMS**

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and the last four digits of the account number, if any, of all entities holding priority claims against the debtor or property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. 112; Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity in the appropriate schedule of creditors, and complete Schedule HC Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an X in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this Total also in the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E ini the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority ;isted on each sheet in the box labled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

X        Check this box if debtor has no creditors holding unsecured claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐      **Domestic Support Obligations**

Claims for domestic support that are owed to or are recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian or responsible relative of such a child or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. 507(a)(1).

☐      **Extensions of credit in an involuntary case**.

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. 507(a)(3).

☐      **Wages, salaries, and commissions**

Wages, salaries and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. 507(a)(4).

☐      **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. 507(a)(5).

☐      **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to a maximum of $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. ' 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to a maximum of $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family or household use, that were not delivered or provided. 11 U.S.C. 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. ' 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessal while the debtor was intoxicated from using alcohol, a drug or other substance.

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced after the date of adjustment.

<u>Type of Priority for Claims Listed on This Sheet</u>

| Creditor's Name and Mailing Address Including Zip Code And Account Number *(See Instructions)* | C O D E B T O R | H W J C | Date Claim Was Incurred, and Consideration for Claim | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | Total Amount of Claim | Amount Entitled to Priority | Amount Not Entitled to Priority, If Any |
|---|---|---|---|---|---|---|---|---|---|
| Acct No: NONE | | | | | | | | | |
| Acct No: | | | | | | | | | |
| Acct No: | | | | | | | | | |
| **Total >** (Report also on Summary of Schedules) | | | | | | | 0.00 | | |
| **Totals >** (If applicable, report also on the Statistical Summary of Certain Liabilities, and Related Data) | | | | | | | | 0.00 | 0.00 |

**SCHEDULE F— CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

State the name, mailing address, including zip code, and the last four digits of any account number of all entities holding unsecured claims without priority against the debtor or property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. 112; Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use continuation sheets.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity in the appropriate schedule of creditors, and complete Schedule H— Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "HWJC" for "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "CONTINGENT." If the claim is unliquidated, place an "X" in the column labeled "UNLIQUIDATED." If the claim is disputed, place an "X" in the column labeled "DISPUTED." (You may need to place an X in more than one of these three columns.)

Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also in the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

[ ] Check this box if the debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name and Mailing Address Including Zip Code And Account Number *(See Instructions above)* | CODEBTOR | HWJC | Date Claim Was Incurred And Consideration for Claim If Claim is Subject to Setoff, so State | CONTINGENT | UNLIQUIDATED | DISPUTED | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Acct No: (CASE NO.) 09M1177158 ATLANTIC CREDIT C/O FREEDMAN ANSELMO LINDBERG 1807 W DIEHL PO 3107 NAPERVILLE IL, 60566 | | | FEBRUARY 2010; JUDGMENT FOR CONTRACT DAMAGES | | | | $1900 |
| Acct No: 345661XXXX ACS / SUNTRUST BANK ATTN: Bankruptcy P.O. BOX 7051 Uttica, NY 13504<br><br>ALTERNATE ADDRESS:<br><br>ACS / SUNTRUST BANK ATTN: Bankruptcy P.O. Box 4418 GA-Atlanta-0795 Atlanta, GA 30302-4418 | | | FEBRUARY 2002; EDUCATIONAL SERVICES LOAN | | | | $12855 |
| Acct No: 97653340721XXXX SALLIE MAE | | | FEBRUARY 2002; EDUCATIONAL LOAN | | | | $2625 |

| | | | | | |
|---|---|---|---|---|---|
| Attn: BANKRUPTCY<br>P.O. Box 9532<br>Wilkes-Barre, PA 18773-9532 | | SERVICES | | | |
| Acct No: 97653340721XXXX<br>SALLIE MAE<br>Attn: BANKRUPTCY<br>P.O. Box 9532<br>Wilkes-Barre, PA 18773-9532 | | AUGUST 2002;<br>EDUCATIONAL SERVICES<br>LOAN | | | $4000 |
| Acct No: 97653340721XXXX<br>SALLIE MAE<br>Attn: BANKRUPTCY<br>P.O. Box 9532<br>Wilkes-Barre, PA 18773-9532 | | AUGUST  2002;<br>EDUCATIONAL SERVICES<br>LOAN | | | $3500 |
| Acct No: 97653340721XXXX<br>SALLIE MAE<br>Attn: BANKRUPTCY<br>P.O. Box 9532<br>Wilkes-Barre, PA 18773-9532 | | APRIL 2003; EDUCATIONAL<br>LOAN SERVICES | | | $292 |
| Acct No: 97653340721XXXX<br>SALLIE MAE<br>Attn: BANKRUPTCY<br>P.O. Box 9532<br>Wilkes-Barre, PA 18773-9532 | | APRIL 2003; EDUCATIONAL<br>LOAN SERVICES | | | $333 |
| Acct No: 1120XXXX<br>NCO FINANCIAL SYSTEMS<br>507 Prudential Road<br>Horsham, PA 19044 | | SAME DEBT LISTED BELOW<br>TO BANK OF AMERICA N.A.;<br>COLLECTION AGENT FOR<br>BANK OF AMERICA N.A. | | | $755 |
| Acct No: 368XXXX<br>ATLANTIC CREDIT & FINANCE<br>2727 Franklin Road SW<br>Roanoke, VA 24014 | | SAME DEBT LISTED BELOW<br>TO HSBC; COLLECTION<br>AGENT FOR HSBC | | | $1518 |
| Acct No: 500XXXX<br>AMSHER COLLECTION SERVICES<br>600 Beacon Parkway West, STE 300<br>Birmingham, Alabama 35209 | | SAME DEBT LISTED BELOW<br>TO T-MOBILE; COLLECTION<br>AGENT FOR T-MOBILE | | | $147 |
| Acct No: 603532018528XXX<br>LVNV FUNDING LLC<br>15 South Main Street Suite 600<br>Greenville, SC 29601 | | SAME DEBT LISTED BELOW<br>TO CITIBANK THD<br>CONSUMER; COLLECTION<br>AGENT FOR CITIBANK THD<br>CONSUMER | | | $5359.64 |
| Acct No: N/A – MICHAEL RAMIREZ<br>BANK OF AMERICA N.A.<br>ATTN: BANKRUPTCY<br>100 North Tryon Street<br>Charlotte, NC 28255 | | VARIOUS DATES; CREDIT<br>CARD PURCHASES AND/OR<br>ACCOUNT OVERDRAFT | | | $755 |

| | | | | |
|---|---|---|---|---|
| Acct No: N/A – MICHAEL RAMIREZ<br>HSBC BANK<br>ATTN: BANKRUPTCY<br>One HSBC Center<br>Buffalo, NY 14203<br><br>ALTERNATE ADDRESS:<br><br>HSBC NORTH AMERICA<br>ATTN: Bankruptcy<br>26525 N Riverwoods BLVD 4NE<br>Mettawa, Illinois 60045 | VARIOUS DATES; CREDIT<br>CARD PURCHASES | | | $1518 |
| Acct No: N/A – MICHAEL RAMIREZ<br>T-Mobile Bankruptcy Team<br>PO Box 53410<br>Bellevue, WA 98015-53410 | VARIOUS DATES; CELLULAR<br>PHONE SERVICES | | | $147 |
| Acct No: N/A – MICHAEL RAMIREZ<br>The Home Depot Credit Services<br>ATTN: Bankruptcy<br>P.O. Box 6405<br>Sioux Falls, SD 57117 | VARIOUS DATES; CREDIT<br>CARD PURCHASES | | | $5359.64 |
| Acct No: 31XXXX<br>A/R CONCEPTS<br>ATTN: Bankruptcy<br>33 W. Higgins Rd., Suite 715<br>South Barrington, IL 60010 | VARIOUS DATES; UTILITIES<br>PURCHASES | | | $122 |
| Acct No: 226601-010459XXXX<br>HSBC / MENARDS<br>ATTN: Bankruptcy<br>P.O. Box 2013<br>Buffalo, NY 14240 | VARIOUS DATES; CREDIT<br>CARD PURCHASES | | | $2900 |
| Acct No: XXXX0310<br>BAKER & MILLER, P.C.<br>29 N. WACKER DR., 5TH FL.<br>CHICAGO, IL 60606 | SAME DEBT LISTED BELOW<br>TO DISCOVER; COLLECTION<br>AGENT FOR DISCOVER | | | $2174 |
| Acct No: XXXXXXXXXXXX9831<br>DISCOVER<br>P.O. BOX 43054<br>NEW ALBANY, OH 43054 | VARIOUS DATES; CREDIT<br>CARD PURCHASES | | | $2174 |
| Acct No: XXXXXXXXXXXX9831<br>PRIMERICA<br>3120 BRECKINRIDGE BLVD<br>DULUTH, GA 30099 | VARIOUS DATES; LAPSED<br>LIFE INSURANCE PREMIUMS<br>PAST DUE | | | $500 |
| | | | **Total >**<br>(Report total also on Summary of Schedules and if applicable, on<br>Statistical Summary of Certain Liabilities and Related Data) | 38,980.64 |

**SCHEDULE G— EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e, "Purchaser," "Agent" etc. State whether the debtor is lessor or lessee of a lease.

Provide the name and complete mailing address of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child," and do not disclose the child's name. See 11 U.S.C. 112; Fed. R. Bankr. P. 1007(m).

[X] Check this box if debtor has no executory contract or unexpired leases.

| Name and Mailing Address, including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State Whether Lease is for Nonresidential real property. State Contract Number of any Government Contract |
|---|---|
| FOREST CITY GREAT LAKES MILITARY COMMUNITY<br><br>901 BUCCANEER DRIVE<br><br>GLENVIEW, IL 60026 | LEASE FOR RESIDENTIAL UNIT. LEASE AMOUNT $1377.00.  LEASE PERIOD DECEMBER 2009 – DECEMBER 2010. |

**SCHEDULE H— CODEBTORS**

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. 112;  F. Bankr R. P. 1007(m).

[ ] Check this box if debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| HALA TALIA (DEBTOR'S SPOUSE)<br>903 BUCCANEER DRIVE, APT D<br>GLENVIEW, IL 60026 | NISSAN MOTOR ACCEPTANCE CORPORATION<br>ATTN: BANKRUPTCY<br>P.O. BOX 660360<br>DALLAS, TX 75266 |

### SCHEDULE I— CURRENT INCOME OF INDIVIDUAL DEBTORS

The column labeled "spouse" must be completed in all cases filed by joint debtors and by a married debtor in a Chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| MARRIED | RELATIONSHIP<br><br>SON, MATHEW RAMIREZ | AGE<br><br>3 |

| EMPLOYMENT: | Debtor | Spouse |
|---|---|---|
| Occupation, Name of Employer: | PHARMACY TECHNICIAN, ADVOCATE LUTHERAN GENERAL | UNEMPLOYED |
| How long employed: | 1 YEAR 4 MONTHS | 1 YEAR 3 MONTHS |
| Address of employer: | 1675 W Dempster St., Park Ridge, IL 60068 | N/A |

| INCOME: (Estimate of average or projected monthly income at the time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Pro rate if not paid monthly) | 2200 | 0 |
| 2. Estimated monthly overtime | 500 | 0 |
| 3. SUBTOTAL | 2700 | 0 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and Social Security | 750 | 0 |
| b. Insurance | 75 | 0 |
| c. Union dues | 0 | 0 |
| d. Other (Specify) | 0 | 0 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | 825 | 0 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | 1875 | 0 |
| 7. Regular income from operation of business/profession/farm (Attach  statement) | 0 | 0 |
| 8. Income from real property | 0 | 0 |
| 9. Interest and dividends | 0 | 0 |
| 10. Alimony, maintenance, or support payments payable to the debtor for the debtor's use or that of the dependents listed above | 0 | 0 |
| 11. Social security or other governmental assistance Specify: | 0 | 2000 (UNEMPLOYMENT) |
| 12. Pension or retirement income | 0 | 0 |
| 13. Other monthly income (Specify): | 0 | 0 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | 0 | 2000 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | 1875 | 2000 |

| 16. COMBINED AVERAGE MONTHLY INCOME<br>(Combine column totals from line 15. If there is only one debtor repeat total reported on line 15) | $1875 | (Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data) |
|---|---|---|

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.
___NONE._____

## SCHEDULE J— CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at the time case filed.
Prorate any payments made bi-weekly, quarterly, semi-annually or annually to show monthly rate.

[ ] Check this box if a joint petition is filed and the debtor's spouse maintains a separate household. Complete a separate schedule of
   expenditures labeled "spouse."

| | | |
|---|---|---:|
| 1. Rent, home mortgage, or mobile-home lot rent | a. Are real estate taxes included?   Yes _____  No __x___ | 689 |
| | b. Is property insurance included?   Yes _____  No __x___ | |
| 2. Utilities   a. Electricity and heating fuel | | 0 |
|    b. Water and sewer | | 0 |
|    c.. Telephone | | 135 |
|    d.  Other: | | 0 |
| 3. Home Maintenance  (repairs and upkeep) | | 0 |
| 4. Food | | 250 |
| 5. Clothing | | 60 |
| 6. Laundry, dry cleaning | | 100 |
| 7. Medical and dental expenses | | 0 |
| 8. Transportation (not including car payments) | | 200 |
| 9. Recreation, clubs, entertainment, newspapers, magazines, etc. | | 0 |
| 10. Charitable contributions | | 0 |
| 11. Insurance (not deducted from wages or inc. in mortgage pmt) | | 0 |
|    a. Homeowner's or renter's | | 0 |
|    b. Life | | 6 |
|    c. Health | | 0 |
|    d. Auto | | 135 |
|    e. Other: | | 0 |
| 12. Taxes (not deducted from wages or included in home mortgage) Specify: | | 0 |
| 13. Installment payments (in Chapters 11, 12 and 13, do not list  payments to be included in the plan) | | 0 |
|    a. Auto payment 1: | | 467 (LEXUS GS300) |
|    b. Other: | | 0 |
|    c. Other: | | 0 |
| 14. Alimony, maintenance, and support paid to others | | 0 |
| 15. Payments for support of additional dependents not living at the debtor's home | | 0 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | 0 |
| 17. Other: | | 0 |
| 18. AVERAGE  MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | | $2042 |

19.  Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of the petition.

NONE

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
|   a. Average monthly income from Line 16 of Schedule I | $1875 |
|   b. Average monthly expenses from Line 18 above | $2042 |
|   c. Monthly net income ( a minus  b ) | ($167) |

**DECLARATION CONCERNING DEBTOR'S SCHEDULES**

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __ sheets (Total shown on summary page plus 2) and that they are true and correct to the best of my knowledge, information and belief.

Date __05/13/2010__                    Signature _/s/ MICHAEL RAMIREZ_
                                                  MICHAEL RAMIREZ

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

[DECLARATION ON BEHALF OF A CORPORATION OR PARTNERSHIP OMITTED]

[DECLARATION OF NONATTORNEY BANKRUPTCY PETITION PREPARER OMITTED]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§152 and 3571.

UNITED STATES BANKRUPTCY COURT
NORTHERN NORTHERN DISTRICT OF ILLINOIS ILLINOIS

In re: MICHAEL RAMIREZ,
      Debtor(s)

Case No:   _____
Chapter   ___7_____

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under Chapter 12 or Chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. §112, Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, must also complete Questions 19-25. Each question must be answered. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

Definitions

    *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self employed full-time or part-time. An individual debtor also may be "in business" for purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

    *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor, general partners of the debtor and their relatives; corporations of which the debtor is an officer, director or person in control; officers, directors, and owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

1. Income from employment or operation of business

    State the gross amount of income the debtor has received from employment, trade or profession, or from operation of the debtor's business, including part-time activities either an employee or in independent trade or business, from the beginning of **this calendar ye**ar to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated, and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| $6,600 | Advocate Lutheran General (as pharmacy technician) – January 1, 2010 to present |
| $27,000 | Advocate Lutheran General (as pharmacy technician) – January 1, 2009-December 31, 2009 |
| $40,250 | Advocate Lutheran General (as pharmacy technician – January 1, 2008-December 31, 2008 |

2. Income other than from employment or operation of business

    State the amount of income received by the debtor other than from employment trade or profession, or operation of the debtor's business during the two years immediately preceding the commencement of the case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated, and a joint petition is not filed.)

AMOUNT          SOURCE

NONE – N/A

3. Payments to creditors

**Complete a. or b., as appropriate, and c.**

a. *Individual or joint debtors with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts, to any creditor made within 90 days immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must state payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated, and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| NONE – N/A | | | |

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000. (Married debtors filing under chapter 12 or chapter 13 must include payments of either or both spouses whether or not a joint petition is filed, unless the spouses are separated, and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| N/A | | | |

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments of either or both spouses whether or not a joint petition is filed, unless the spouses are separated, and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| NONE – N/A | | | |

4. Suits and administrative proceedings, executions, garnishments and attachments

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated, and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT/AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| ATLANTIC CREDIT & FINANCE, INC. AS ASSIGNEE FOR HSBC V. MICHAEL RAMIREZ, NO. 09M1177158 | COMPLAINT FOR CONTRACT DAMAGES | CIRCUIT COURT OF COOK COUNTY, ILLINOIS | JUDGMENT FOR PLAINTIFF, $1,518.32 |
| LVNV FUNDING AS ASSIGNEE FOR CITIBANK, NO. 10M1117005 | COMPLAINT FOR CONTRACT DAMAGES OF $5,359.64 | CIRCUIT COURT OF COOK COUNTY, ILLINOIS | CASE PENDING |

b. Describe all property that has been attached, garnished, or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated, and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| NONE – N/A | | |

5. Repossessions, foreclosures and returns

     List all property that has been repossessed by a creditor, sold at foreclosure sale, transferred through a deed in lieu of foreclosure or returned to a seller within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated, and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE, SALE TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| N/A | | |

6. Assignments and receiverships

     a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated, and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |
| N/A | | |

     b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated, and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME, LOCATION OF COURT, CASE TITLE AND NUMBER | DATE OF ORDER | DESCRIPTION, VALUE OF PROPERTY |
| --- | --- | --- | --- |
| N/A | | | |

7. Gifts

     List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| N/A | | | |

8. Losses

     List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |
| N/A | | |

9. Payments related to debt counseling or bankruptcy

     List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE OF PAYMENT, NAME OF PAYOR, IF | AMOUNT OF MONEY, OR DESCRIPTION AND VALUE OF |
| --- | --- | --- |

| OF PAYEE | OTHER THAN DEBTOR | PROPERTY |
|---|---|---|
| ERIK NEWTON<br>LUMEN LAW<br>500 N. MICHIGAN AVE. STE. 300<br>CHICAGO, IL 60611 | MAY 2010 | $600 |
| CREDIT CARD MANAGEMENT SERVICES, INC.<br>4611 OKEECHOBEE BLVD. STE. 114<br>WEST PALM BEACH, FL 33417 | MAY 2010 | $35 |

10. Other transfers

     a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND RELATIONSHIP OF TRANSFEREE; RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| N/A | | |

     b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| N/A | | |

11. Closed financial accounts

     List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, saving, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations and brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT; LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| N/A | | |

12. Safe deposit boxes

     List each safe deposit or other box or depository in which the debtor has or had securities, cash or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER INSTITUTION | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| N/A | | | |

13. Setoffs

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| N/A | | |

**14. Property held for another person**

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| N/A | | |

**15. Prior address of debtor**

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| N/A | | |

**16. Spouses and Former Spouses**

If the debtor resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

N/A

**17. Environmental Information**

For the purposes of this question, the following definitions apply:

An "Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or materials into the air, land, soil, surface water, groundwater, or other medium, including but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

A "Site" means any location, facility, or property as defined by any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including but not limited to, disposal sites.

A "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and , if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| N/A | | | |

b. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF | DATE OF NOTICE | ENVIRONMENTAL |
|---|---|---|---|

|  | GOVERNMENTAL UNIT | LAW |
|---|---|---|

N/A

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

N/A

18. Nature, location and name of business

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession or other activity either full-time or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

N/A

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. ' 101.

| NAME | ADDRESS |
|---|---|

N/A

QUESTIONS NUMBERED 19 - 25 are OMMITTED AS INAPPLICABLE.  INDIVIDUAL DEBTOR HAS <u>NOT</u> BEEN, WITHIN SIX YEARS IMMEDIATELY PECEDING THE COMMENCEMENT OF THIS CASE, ANY OF THE FOLLOWING: an officer, director, managing executive, or owner of more than 5 percent of the voting securities of a corporation, a partner, other than a limited partner, of a partnership; a sole proprietor, or otherwise self-employed.
[To be completed by individual or individual and spouse]

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date:    05/13/2009        __ /s/ MICHAEL RAMIREZ __
                           MICHAEL RAMIREZ


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §152 and 3571.*

***************